In the Matter of the Application for the Probate of the Alleged Will of Floyd Wylie, Deceased.— Order affirmed, with costs. All concurred, except Lyon, J., not voting.